**No. 50144.**—Protests 936410–G, etc., of International Selling Corp. et al. (New York).

Opinion by Keefe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50145.**—Protest 956034–G of Oviatt Importing Co. (Los Angeles).

Opinion by Ekwall, J. The court adhered to its original decision and judgment rendered heretofore will stand.

BEFORE THE FIRST DIVISION, APRIL 28, 1945

**No. 50146.**—Protests 13983–K, etc., of Eastern Grocery Co. et al. (Los Angeles)

Opinion by Cole, J. It was conceded that the merchandise consists of ve-tsin the same in all material respects as that passed upon in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247), which record was incorporated herein. In accordance therewith the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 50147.**—Protests 91891–K, etc., of Chong Sing & Co. et al. (San Francisco).

Opinion by Cole, J. It was conceded that the merchandise consists of ve-tsin the same in all material respects as that passed upon in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247), which record was incorporated herein. In accordance therewith the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 50148.**—Protest 92579–K of Ti Hang Lung & Co. (San Francisco).

Opinion by Cole, J. It was stipulated that the merchandise is the same in all material respects as the commodity passed upon in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247), which record was incorporated herein. In accordance therewith the merchandise, which includes salt as a substantial component part thereof, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 50149.**—Protest 983223–G of Kwong Kee Jan & Co. (San Francisco).